**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TATUM ROBERTSON, EVE BRENNAN, and MARIN RHODES, individually and on behalf of all those similarly situated,<br><br>      *Plaintiffs*,<br><br>*v*.<br><br>UNIVERSITY OF CENTRAL OKLAHOMA and BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,<br><br>      *Defendants*. | Civil Action No. CIV-22-0836-HE |

**NOTICE OF  VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Plaintiff Marin Rhodes voluntarily dismisses without prejudice her claims against Defendants.

This notice of dismissal is being filed with the Court before Defendants filed and served either an

Answer or a Motion for Summary Judgment. The claims of Plaintiffs Tatum Robertson and Eve

Brennan and the putative classes they represent are not dismissed or otherwise affected by this

Notice.

                                                Respectfully Submitted,

Dated: September 30, 2022                         **BAILEY & GLASSER, LLP**

                                          __*/s/ Lori A. Bullock*_____
                                          Lori Bullock (admitted *pro hac vice*)
                                          **BAILEY & GLASSER, LLP**
                                          309 E. 5th Street, Suite 202B
                                          Des Moines, IA 50309
                                          Tel.: 515.416.9051
                                          E-mail: lbullock@baileyglasser.com

2

Arthur H. Bryant (admitted *pro hac vice*)
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
E-mail: abryant@baileyglasser.com

Joshua I. Hammack (admitted *pro hac vice*)
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com

**FRASIER, FRASIER & HICKMAN, LLP**

Frank W Frasier, OBA #17864
Maureen M. Johnson, OBA #21750
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: ffrasier@frasierlaw.com
E-mail: mjohnson@frasierlaw.com
Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2022, a true, correct, and exact copy of the foregoing document was served via electronic notice by the CM/ECF filing system to all parties on their list of parties to be served in effect this date. The undersigned also hereby certifies that Plaintiffs will personally serve the foregoing document upon any parties not served by the CM/ECF filing system for this matter.

*/s/Lori A. Bullock*
Lori Bullock