IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TATUM ROBERTSON, EVE BRENNAN, MARIN RHODES, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>UNIVERSITY OF CENTRAL OKLAHOMA and BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY OF OKLAHOMA,<br><br>        Defendants. | NO.  CIV-22-0836-HE |

### ORDER

The parties' joint motion to stay deadlines [Doc. #43] is **GRANTED** as follows: All deadlines in this matter are **STAYED** until **February 16, 2024**. The parties shall file the proposed settlement and related motions seeking the court's approval by **February16, 2024**.

**IT IS SO ORDERED**.

Dated this 25th day of January, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE