## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TATUM ROBERTSON and EVE BRENNAN, individually and on behalf of all those similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>UNIVERSITY OF CENTRAL OKLAHOMA and BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY OF OKLAHOMA,<br><br><br>Defendants. | Case No. 22-cv-836-HE<br><br><br>**JOINT MOTION FOR (1) CLASS CERTIFICATION; (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (3) APPROVAL OF PROPOSED CLASS NOTICE; AND (4) SCHEDULING OF FAIRNESS HEARING** |

Pursuant to Federal Rule of Civil Procedure 23, the Plaintiffs and Defendants, by and through their undersigned counsel, move the Court for the entry of an Order certifying this case as a class action for settlement purposes; preliminarily approving the proposed Settlement Agreement; approving the proposed Class Notice; and setting a date for a Fairness Hearing. The legal authority and arguments in support of the Motion are set forth in the attached Brief.

WHEREFORE, the Parties request that this Court enter an Order:

1.　　Certifying the case as a class action for settlement purposes pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2) on behalf of a class defined as follows:

    a.　All female students at the University of Central Oklahoma from September 20, 2022, through June 30, 2028, who participate in intercollegiate athletics at the University of Central Oklahoma, seek to participate in intercollegiate athletics at the University of Central Oklahoma, and/or are deterred from participating in intercollegiate athletics at the University of Central Oklahoma because they might or may not receive athletic benefits, opportunities, or treatment equal to male student-athletes.

    b.　Appointing the named Plaintiffs as representatives of the class;

    c.   Appointing Plaintiffs' counsel as class counsel, pursuant to Federal Rule of Civil Procedure 23(g);

2.    Preliminarily approving the proposed Settlement Agreement;

3.    Approving the proposed Class Notice; and

4.    Setting a date for a Fairness Hearing pursuant to Rule 23(e)(2).

Respectfully Submitted,

| *Counsel for Tatum Robertson, et al., Plaintiffs* | *Counsel for Univ. of Central Ok, et al., Defendants* |
|---|---|
| /s/ Lori A. Bullock | /s/ Dixie Coffey |
| BAILEY & GLASSER, LLP | Dixie Coffey, Assistant Attorney General |
| Lori Bullock | Oklahoma Attorney General's Office |
| 309 E. 5th Street, Suite 202B | Litigation Division |
| Des Moines, IA 50309 | 313 NE 21st Street |
| Tel: 515.416.9051 | Oklahoma City, OK 73105 |
| E-mail: lbullock@baileyglasser.com | PHONE: 405-521-3921 |
| | E-mail: dixie.coffey@oag.ok.gov |

Arthur H. Bryant
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel: (510) 272-8000
E-mail: abryant@baileyglasser.com

Joshua I. Hammack
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com

FRASIER, FRASIER & HICKMAN, LLP
Frank W Frasier
Maureen M. Johnson
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
E-mail: ffrasier@frasierlaw.com
E-mail: mjohnson@frasierlaw.com