**Participants**
Number on Roster by First Date of Competition
Best option is based on the Eligibility List Forms submitted to MIAA/Conference prior to first date of competitio

|                   | ROSTER | Unduplicated |          |                |          |
|-------------------|--------|--------------|----------|----------------|----------|
| Football          | 130    | 130          | Dual Sport Sas |          |          |
| Men's Basketball  | 16     | 16           | **TreVaughn Craig** | Football | Wrestling |
| Wrestling         | 42     | 41           |          |                |          |
| Baseball          | 38     | 38           |          |                |          |
| Golf              | 8      | 8            |          |                |          |
|                   | 234    | 233          |          |                |          |
|                   | 53.5%  | 57.2%        |          |                |          |
|                   |        |              |          |                |          |
| W Basketball      | 16     | 16           |          |                |          |
| Softball          | 21     | 21           |          |                |          |
| Volleyball        | 14     | 14           |          |                |          |
| Soccer            | 30     | 30           |          |                |          |
| Tennis            | 10     | 10           |          |                |          |
| W Golf            | 9      | 9            |          |                |          |
| Rowing            | 40     | 40           |          |                |          |
| Track (Indoor)    | 31     | 21           |          | 63 Duplicated XC+T&F |    |
| Track (Outdoor)   | 21     | 2            | Multiple | 34 unduplicated XC+T&F |  |
| CC                | 11     | 11           |          |                |          |
|                   | 203    | 174          |          |                |          |
|                   | 46.5%  | 42.8%        |          |                |          |
| Total             | 437    | 407          |          |                |          |

Robertson et al v. UCO                                         7/20/2023
22-cv-836 (Western Dist.)

**Exhibit C, Pg. 1 of 2**

n (typically during Fall semester)

**Robertson et al v. UCO**     7/20/2023
**22-cv-836 (Western Dist.)**

**Exhibit C, Pg. 2 of 2**