## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TATUM ROBERTSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO.  CIV-22-0836-HE |
| | ) | |
| UNIVERSITY OF CENTRAL | ) | |
| OKLAHOMA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The parties' joint motion for preliminary approval of class action settlement [Doc. #45] is set for hearing on **March 20, 2024, at 10:00 a.m**., in Courtroom No. 501.

**IT IS SO ORDERED**.

Dated this 21st day of February, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE