### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

Dated February 26, 2024

Oklahoma City, Oklahoma

| | |
|---|---|
| TATUM ROBERTSON, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. CIV-22-0836-HE |
| ) | |
| UNIVERSITY OF CENTRAL ) | |
| OKLAHOMA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER**:

The **March 20** hearing on the parties' joint motion for preliminary approval of class action settlement [Doc. #45] is rescheduled to **March 25, 2024, at 2:00 p.m**., in Courtroom No. 501, before Judge Joe Heaton.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.**

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:   s/Lisa Minter
      Deputy Clerk