IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TATUM ROBERTSON, EVE BRENNAN, MARIN RHODES, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNIVERSITY OF CENTRAL OKLAHOMA and BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY OF OKLAHOMA,<br><br>Defendants. | NO. CIV-22-0836-HE |

**ORDER GRANTING JOINT MOTION FOR (1) CLASS CERTIFICATION; (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (3) APPROVAL OF PROPOSED CLASS NOTICE; AND (4) SCHEDULING OF FAIRNESS HEARING**

On February 16, 2024, the parties to this class action filed a Joint Motion for (1) Class Certification; (2) Preliminary Approval of Class Action Settlement; (3) Approval of Proposed Class Notice; and (4) Scheduling of Fairness Hearing. [Doc. #45]. The motion asks the Court to certify a class for settlement purposes, preliminarily approve a proposed Settlement Agreement, approve the class notice, and schedule a fairness hearing.

Following joint briefing by the parties and a hearing on March 25, 2024 the Court finds and orders as follows:

1.      The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied and all claims are certified as a class action for settlement purposes on behalf of a class defined as follows:

> All female students at the University of Central Oklahoma from September 20, 2022, through June 30, 2028, who participate in intercollegiate athletics at the University of Central Oklahoma, seek to participate in intercollegiate athletics at

1

the University of Central Oklahoma, and/or are deterred from participating in intercollegiate athletics at the University of Central Oklahoma because they might or may not receive athletic benefits, opportunities, or treatment equal to male student-athletes.

2. Tatum Robertson and Eve Brennan are appointed as class representatives for the above defined class.

3. Plaintiffs' counsel shall be appointed Class Counsel.

4. The proposed Settlement Agreement bears sufficient indicia of fairness, reasonableness, and adequacy to merit preliminary approval.

5. The form of notice to the class proposed by the parties at the hearing will fairly and adequately advise class members of the proposed terms of the settlement, and is therefore approved by the Court, subject to any necessary modifications to conform to this Order.

6. E-mail distribution of the notice to the known e-mail addresses of class members, as well as posting of the notice on the University's webpage, is a reasonable means of providing notice to all class members who will be bound by the settlement, and the University is therefore ORDERED by the Court to transmit the notice no later than April 5, 2024.

7. Class members who wish to object to or comment on the settlement, and/or who wish to be heard at the fairness hearing, are ORDERED to file their objections, comments and/or notice of intent to appear so that they are received by the Clerk of the Court and counsel for both parties by June 17, 2024, as described in the notice to class members.

8. A fairness hearing is scheduled for July 1, 2024 at 2:00 p.m. in Courtroom 501.

9. Class Counsel shall file an application for attorney's fees and costs by May 8, 2024.

10. Defendants shall file any objection to Class Counsel's application for attorney's fees and costs by May 29, 2024.

11. Class Counsel may file a reply to Defendants' objection, should one be filed, by June 11, 2024.

**IT IS SO ORDERED**.

Dated this 5th day of April, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE