IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TATUM ROBERTSON and EVE BRENNAN, individually and on behalf of all those similarly situated,<br><br>　　Plaintiffs,<br>v.<br><br><br>UNIVERSITY OF CENTRAL OKLAHOMA and BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY OF OKLAHOMA,<br>　　Defendants. | Case No. 22-cv-836-HE |

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND APPROVING SETTLEMENT AGREEMENT**

On February 16, 2024, the parties to this class action filed a Joint Motion for (1) Class Certification; (2) Preliminary Approval of Class Action Settlement; (3) Approval of Proposed Class Notice; and (4) Scheduling of Fairness Hearing. (Doc. #45). On March 25, 2024, the Court held a hearing on the parties' Joint Motion. On April 5. 2024, the Court entered an Order certifying a class for settlement purposes, preliminarily approving the parties' proposed Class Action Settlement Agreement, approving the class notice, and scheduling a Fairness Hearing. (Doc. #51).

Based on the parties' written submissions, previously submitted evidence, the representations of counsel at the Fairness Hearing, and upon the absence of objections from class members, the Court finds that the proposed settlement embodied in the Class

Action Settlement Agreement is fair, reasonable, and adequate for the reasons stated on the record.

Therefore, the Court hereby ORDERS as follows:

1. The proposed Class Action Settlement Agreement (Doc #45–2) is APPROVED and is hereby entered as an Order of the Court. Counsel for the parties are directed to submit a fully-executed Class Action Settlement Agreement to the Court no later than July 10, 2024. The Court will enter the executed agreement on the docket.

3. The Court shall retain jurisdiction over this matter for the purpose of ensuring that the Class Action Settlement Agreement is implemented according to its terms. In the event of any dispute concerning the interpretation or implementation of the Class Action Settlement Agreement that cannot be resolved among the parties, counsel may notify the Court, and the Court will take appropriate action.

4. Count II of Plaintiffs Complaint is hereby dismissed with prejudice.

5. Pursuant to Paragraph 26 of the Class Action Settlement Agreement, the Court will separately determine and award Plaintiffs their reasonable costs and attorneys' fees.

6. Absent further order of the Court, the Class Action Settlement Agreement shall remain in effect through **July 31, 2028**.

**IT IS SO ORDERED**.

Dated this 1st day of July, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE